**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00484-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.   Failure to include this number
  may result in a delay in the consideration of your claims.**)

JAE HYEON LIM,

          Plaintiff,

v.

JUSTIN MOSKOWITZ,

          Defendant.

_____

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

_____

          Plaintiff, an inmate at the Gilpin County Detention Facility in Blackhawk, Colorado,

has filed *pro se* a motion for a search warrant application under Colorado state law (ECF

No. 1), a letter to the court (ECF No. 1-1), and an Inmate Motion Requesting to File

Without Prepayment of Filing/Service Fees (ECF No. 2).   Although Plaintiff has not filed

a pleading on a court-approved form as required by the court's local rules and it is not

clear what claims he intends to assert against Defendant, the instant action has been

commenced.   Plaintiff is advised that the court does not have jurisdiction to issue a

search warrant under state law.

          As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has

determined that the documents are deficient as described in this order.   Plaintiff will be

directed to cure the following if he wishes to pursue any claims against Defendant in this

action.   Any papers that Plaintiff files in response to this order must include the civil

action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ____ is not submitted
(2) ____ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ____ is missing certificate showing current balance in prison account
(5) ____ is missing required financial information
(6) xx is missing authorization to calculate and disburse filing fee payments
(7) ____ is missing an original signature by the prisoner
(8) xx is not on proper form (must use the court's current form)
(9) ____ names in caption do not match names in caption of complaint, petition or habeas application
(10) xx other: motion and supporting documents are necessary only if filing and administrative fees totaling $400.00 are not paid in advance.

**Complaint, Petition or Application**:

(11) xx is not submitted
(12) ____ is not on proper form
(13) ____ is missing an original signature by the prisoner
(14) ____ is missing page nos. ____
(15) ____ uses et al. instead of listing all parties in caption
(16) ____ names in caption do not match names in text
(17) ____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ____ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.   It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED February 29, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge